# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

CARL PUCKETT
and
MARCELLA PUCKETT

    Plaintiffs,

v.                                                        No. 1:23-cv-01143-STA-jay

AIN JEEM, INC., et al

    Defendants.

---

## ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION

---

    Before the Court is Plaintiffs' Motion for Leave to exceed the page limitation for their Response to Defendant Milbrath's Motion to Dismiss. ECF No. 12. Plaintiffs seek a total of thirty pages for their Response. ECF No. 12 at 3. For good cause shown, Plaintiffs' Motion is GRANTED and the page limitation is extended to thirty pages for the filing of their Response.

    IT IS SO ORDERED this 30th day of August, 2023.

                                                          **s/Jon A. York**
                                                           UNITED STATES MAGISTRATE JUDGE