# EXHIBIT 5



**smaisonave@acceliplaw.com**
From: smaisonave@acceliplaw.com
To: 'marcella anderson', smilbrath@acceliplaw.com

Thu, Jul 22, 2021 at 3:51 PM

Good afternoon. We were able to have our Client Dismissed from this matter already. Are you requesting counsel? Thank you.
Silvia.

**Silvia T. Maisonave, Paralegal**
**Accel IP Law, PLLC**