# EXHIBIT 1



## ORANGE COUNTY SHERIFF'S DEPARTMENT

SHERIFF-CORONER DON BARNES

### SERVICE INSTRUCTIONS

Court Case Number: U.S. Dist Court West. TN   1:23-cv-01143

Court (Circle One): Santa Ana   Fullerton   Westminster   Newport Beach   Lamoreaux   Other _____

**TYPE OF PROCESS:**
- ☐ Plaintiff's Claim and Order
- ☐ Defendant's Claim and Order
- ☐ Order for Examination
- ☐ Order to Show Cause
- ☒ Other: Appendix A + B of Exhibits
- ☐ Additional Documents – Print on Back
- ☐ Civil Bench Warrant
- ☐ Notice to Pay Rent (3-day Notice)
- ☐ Notice to Pay Rent (30-day Notice)
- ☐ Small Claims Subpoena & Declaration
- ☒ Summons and Complaint
- ☐ Summons and Petition
- ☐ Civil Subpoena
- ☐ Civil Subpoena Duces Tecum

**SERVE DOCUMENT(S) ON:** (Please Print) — Located in Westcliff Plaza

Name: Ain Jeem, Inc.   President Kareem Abdul JABBA
Address: 1048 Irvine Ave #617
City: Newport Beach   Zip Code: 92660
Phone Number: _____

Name: Secretary Deborah Morales
Address: _____
City: _____   Zip Code: _____
Phone Number: _____

AKA
Name: Skyhook Foundation   President Kareem Abdul Jabbar
Address: 1048 Irvine Ave #617
City: Newport Beach   Zip Code: 92260
Phone Number: _____

Name: _____
Address: _____
City: _____   Zip Code: _____
Phone Number: _____

**LIST ANY SPECIAL INFORMATION:** (Best hours for service, Authorized Agent's name, etc.)
President of Ain Jeem Inc. - Kareem Abdul Jabbar
Secretary Deborah Morales

Physical description of person: ☐ Male ☐ Female   Age ___ DOB ___ Height ___ Weight ___
Race ___   Unique Characteristics ___

☐ Substitute service is authorized. (Additional copy of process is required.)

The Sheriff's Department DOES NOT guarantee service.
The Sheriff's Department is entitled to its fees whether the service is completed or not. (California Government Code 26738)

X Signature: Marcella Puckett   Date: 9/11/23

Name of Attorney (Or Party Without Attorney) Requesting Service: MARCELLA Puckett
Address: 2170 Old Gardner Rd.   Email Address: xfilesxfiles.fan@yahoo.com
City: Martin   State: TN   Zip Code: 38237   Phone Number: 731-281-4581

OCSD (Rev. 6/2019)   Page 1 of 1

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Carl Puckett and Marcella Puckett<br>2170 Old Gardner Rd.<br>Martin, TN 38237<br><br>EMAIL: xfilesxfilesfan@yahoo.com<br>ATTORNEY FOR: In Propria Persona | | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

United States District Court, Western District Of Tennessee
C/O Marcella Puckett
2170 Old Gardner Rd.
Martin, TN 38237

PLAINTIFF:
Carl Puckett and Marcella Puckett

DEFENDANT:
Kareem Abdul Jabbar, NBA, Ain Jeem, Inc et., al/

COURT CASE NO:
1:23-CU-1143 STA/JAY

## Affidavit of Unsuccessful Service

LEVYING OFFICER FILE NO:
2023105793

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I received the following papers on: 09/11/2023

   f. other (specify documents):
   Appendix of Exhibits A and B, Civil Case Cover Sheet, Summons and Complaint & Jury Demand

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

   Ain Jeem, Inc.
   1048 Irvine Ave.
   Ste. #617
   Newport Beach, CA 92660

4. See attached "Declaration of Diligence," incorporated herein by reference.

7. Person who attempted service:

   a. Name: Technician . R. Rogers, #10097
   b. Address: 4601 Jamboree Rd, Room 108, Newport Beach, CA 92660
   c. Telephone number: (949) 476-4820
   d. The fee for service was: $40.00

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thursday, September 14, 2023     by: *Ryan Rogers*

Sheriff's Authorized Agent
Don Barnes, Sheriff-Coroner

## Certificate of service

I Marcella Puckett, do hereby certify that on September 20th 2023 that the Foregoing Motion including this certificate of service was emailed to Defendant Stephen D MIlbrath at smilbrath@acceliplaw.com and rguerra@brickellip.com a true and correct copy with prepaid postage attached thereto was then placed in the United States Mail in Martin Tennessee and addressed to Defendant Stephen S. MIlbrath Orlando Area Office at 307 Cranes Roost Blvd, Ste. 2010, Altamonte SPrings, Fl. 32701 and to Defendant Richard Guerra 1101 Brickell Avenue, South Tower ste 800, Miami Florida 33131. I declare under penalty of perjury that the foregoing is true and correct Executed in Martin Tennessee on this 20th, day of September 2023.

*/s/ Marcella Puckett*

_____

Marcella Puckett