UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

JACKSON DIVISION

CASE NO.: 1:23-cv-001143

PUCKETT ET., AL.

PLAINTIFFS

V.

JABBAR ET., AL

DEFENDANTS

RECEIVED
OCT -5 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

---

**MOTION FOR LEAVE TO REPLY TO "PRO-SE" DEFENDANT GUERRA'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE TIME FOR SERVICE OF SUMMONS PURSUANT TO LOCAL RULES 7.2(A)(2)(c)**

Plaintiffs Carl Puckett "pro-Se" and Marcella Puckett "Pro-Se", motions the court pursuant to Local Rules of Court 7.2 (A)(2)(c) for leave to reply to "Pro-Se" defendant Guerra's opposition to the Plaintiff's Motion to extend the time for service of summons.

    The reply is necessary to provide the court with information regarding difficulties of sheriffs with serving the remaining defendants and provide further support to the original motion the defendant is opposing and to provide further information on the good faith efforts the Plaintiff's have put forth in this matter.

## CERTIFICATE OF COMPLIANCE

In accordance with local rules of court 7.2 (a)(1)(B), the Plaintiff's emailed "Pro-Per" defendants Richard Guerra and Stephen Milbrath of the intention to file their Motion for leave to reply on 10/2/23 "Pro-Se" defendant Guerra responded he will oppose the motion and Pro-Se defendant Milbrath has not responded. have made no attempt to respond to the plaintiff's regarding this motion.

Respectfully Submitted                                         Executed 10/3/2023

*Carl Puckett* (signature)

_____

Carl Puckett Plaintiff "Pro-Se"

*Marcella Puckett* (signature)

_____

Marcella Puckett Plaintiff "Pro-Se".

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing document has been served via United States Mail and via electronic mail this 3rd day of October 2023, upon "Pro-Se" defendants and addressed as follows:

Richard Guerra, Pro Se

THE BRICKELL IP GROUP, PLLC

1101 Brickell Ave., Suite 800

Miami, FL 33131

Email: rguerra@brickellip.com

Stephen Milbrath Pro- Se

307 Cranes Roost Blvd

Suite #2010

Altamonte Springs, FL 32701

smilbrath@acceliplaw.com

**Executed on 10/3/2023 in Martin Tn. 38237**

*/s/ Marcella Puckett/*

---

Marcella Puckett Plaintiff "Pro-Se"