IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CARL PUCKETT,
and
MARCELLA PUCKETT,

 Plaintiffs,

v.

AIN JEEM, INC. et al.,

 Defendants.

No. 1:23-cv-01143-STA-jay

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

 Before the Court is Attorney and co-Defendant Guerra's Amended Motion to Appear Pro Hac Vice. ECF No. 38. Mr. Guerra is a co-Defendant to this action, but is also seeking to represent Ain Jeem, Inc. and Iconomy, LLC, which are two other Defendants in this suit. ECF No. 38 at 1. Plaintiffs filed a Response in opposition to this Motion, arguing that Mr. Guerra cannot, under precedent and the Rules of Professional Conduct, be a Defendant *and* represent fellow Defendants. ECF No. 39 at 3-18.

 Local Rule 83.4(d) governs pro hac vice admissions. LR 83.4(d). The Rule requires attorneys to submit several documents for the Court's consideration: (1) "a written motion, including the attorney's license number . . . from the attorney's state of licensure," (2) "current residence and office addresses and office telephone number," (3) "a certificate of good standing from the highest Court of a state . . . *and* from a United States District Court" (4) "a certificate that the attorney subjects himself or herself to the jurisdiction of the Court and . . . is familiar with and agrees to be bound by" various rules and codes of conduct, and (5) "a proposed order of special

admission." LR 83.4(d) (emphasis added).

The Court notes Plaintiffs' objections. However, at this juncture the Court will GRANT Mr. Guerra's Motion. Admitting Mr. Guerra as representative for two other Defendants in this action may, at a later date, raise conflict issues that would warrant disqualification of Mr. Guerra as counsel for parties other than himself. That simply is not the issue before the Court at this time.

The Court finds Mr. Guerra has submitted all the documentation as required by Local Rule 83.4(d). As such, his Motion is **GRANTED**.

It is so **ORDERED** this 1st day of November, 2023.

<u>s/Jon A. York</u>
UNITED STATES MAGISTRATE JUDGE

**IF DESIRED, AN APPEAL OF THIS ORDER TO THE PRESIDING DISTRICT COURT JUDGE MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF A COPY OF THIS ORDER.** *SEE* **28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**