AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

~~Middle~~ District of Tennessee ▼
Western

Carl Puckett and Marcella Puckett )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:~~22-cv-01236~~-STA-jay
Kareem Abdul Jabbar, NBA, Aln Jeem, Inc et., al/ ) 23cv 00143
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Axencis, Inc
registered agent for service
Republic Registered Agent LLC

254 Chapman road suite 209

Newark, Deleware 19702
rschoenfelder@gmail.com
1-347-647-9002
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CarlPuckett, Marcella Puckett
2170 Old Gardner Road
Martin, Tn 38237

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/18/23

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01236-STA-jay

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Axencis INC__

was received by me on *(date)* __11-2-2023__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Tanya Reid__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Axencis INC__

on *(date)* __11-2-2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Jermaine Richardson   Deputy Sheriff
Printed name and title

800 N French street 5th fl Wilmington, DE
Server's address

Additional information regarding attempted service, etc:



**Office of the Sheriff**
**New Castle County, Delaware**

**Scott T. Phillips**
**Sheriff**

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

11/7/2023

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

Court Case # 22-CV-01236-STA-JAY
Sheriff # 23-006885

### CARL PUCKETT AND MARCELL PUCKETT
vs
### AXENCIS, INC

Jermaine Richardson, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative **TANYA REID** at **254 CHAPMAN ROAD SUITE 209 NEWARK, DE 19702** on 11/2/2023 at 12:59 PM a copy of SUMMONS AND COMPLAINT for **AXENCIS, INC**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

Fees Paid: $75.00

_____
Jermaine Richardson, Deputy Sheriff

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on 11/7/2023 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Jermaine Richardson, a Deputy Sheriff of New Castle County and State of Delaware and stated that the facts stated above are true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
Notary Public

Page 1 of 1

Western Union

Walmart **PAY EXACTLY $75.00**   22-049551687 MONEY ORDER

A 362029 D 102323
T 1026 128
220495516870 L 000107

$75.00

PAY EXACTLY SEVENTY-FIVE DOLLARS AND NO CENTS

PAY TO THE ORDER OF NCC

2170 Old Gardner Rd Martin TN 38237

⑈:102100400⑈: 402 2049551687 0⑈



CARL PUCKETT
2170 OLD GARDNER RD
MARTIN, TN 38237-5264

New Castle County Government Center
87 Reads Way
New Castle, DE. 19720

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3001218 | Incorporation Date / Formation Date: | 6/3/2020 (mm/dd/yyyy) |
| Entity Name: | AXENCIS INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 3/22/2023 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | REPUBLIC REGISTERED AGENT LLC | | |
| Address: | 254 CHAPMAN RD STE 209 | | |
| City: | NEWARK | County: | New Castle |
| State: | DE | Postal Code: | 19702 |
| Phone: | | | |

[ Back to Entity Search ]   [ Email Status ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Contact Seeder
731-281-4581
Mr. Puckett
Cell 731-446-4104