**Grace Perkins**

| | |
|---|---|
| **From:** | marcella anderson <xfilesxfilesfan@yahoo.com> |
| **Sent:** | Monday, December 4, 2023 5:30 PM |
| **To:** | IntakeTNWD |
| **Subject:** | 1:23cv001143 |
| **Attachments:** | Plaintiffs first amended complaint.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL:

please file our attached Plaintiffs first amended complaint CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1