UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

JACKSON  DIV

CASE NO.: 1:23-cv-001143

PUCKETT ET., AL.

PLAINTIFFS                                          **JURY DEMAND**

V.                                                              **FIRST AMENDED**  COMPLAINT

Kareem ABdul Jabbar ET., AL          FOR DAMAGES AND <u>INJUNCTIVE</u>

RELIEF FOR VIOLATIONS OF THE
**FEDERAL RACKETEER INFLUENCED
AND CRIME ORGANIZATIONS ACT**

DEFENDANTS.

APPENDIX M

IN SUPPORT OF

OPPOSITION TO  DEFENDANT AXENCIS  INC.'S MOTION TO DISMISS AND
REQUEST FOR LEAVE TO AMEND

## APPENDIX OF EXHIBITS

1.  18 u.s.c. 1028 et seq………………………………………………………………………..3-9

2.  Declaration of Ralph Schoenfelder Axencis, Inc CEO………………………………11-14

3.  Astrid Schoenfelder Axencis, Inc Vice President……………………………………15-16

4.  Black's Law Dictionary defines retain as employ……………………………………17-18

5.  Co-defendant Richard Guerra testimony to Florida Investigator
    Axencis, Inc a cyprus corporation, retained by them to represent the clients
    that retained them……………………………………………………………………19-21

# EXHIBIT 1

**LII Legal Information Institute**

About LII ▸ Get the law ▸ Lawyer directory

LII > U.S. Code > Title 18 > PART I > CHAPTER 47 > § 1028

Quick search by citation:

**Title** [enter title]   **Section** [section]   **Go!**

# 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

U.S. Code    Notes

prev | next

**(a)** Whoever, in a circumstance described in subsection (c) of this section—

**(1)** knowingly and without lawful authority produces an identification document, authentication feature, or a false identification document;

**(2)** knowingly transfers an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority;

**(3)** knowingly possesses with intent to use unlawfully or transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the possessor), authentication features, or false identification documents;

**(4)** knowingly possesses an identification document (other than one issued lawfully for the use of the possessor), authentication feature, or a false identification document, with the intent such document or feature be used to defraud the United States;

**(5)** knowingly produces, transfers, or possesses a document-making implement or

authentication feature with the intent such document-making implement or authentication feature will be used in the production of a false identification document or another document-making implement or authentication feature which will be so used;

**(6)** knowingly possesses an identification document or authentication feature that is or appears to be an identification document or authentication feature of the United States or a sponsoring entity of an event designated as a special event of national significance which is stolen or produced without lawful authority knowing that such document or feature was stolen or produced without such authority;

**(7)** knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law; or

**(8)** knowingly traffics in false or actual authentication features for use in false identification documents, document-making implements, or means of identification;

shall be punished as provided in subsection (b) of this section.

**(b)** The punishment for an offense under subsection (a) of this section is—

**(1)** except as provided in paragraphs (3) and (4), a fine under this title or imprisonment for not more than 15 years, or both, if the offense is—

**(A)** the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be—

**(i)** an identification document or authentication feature issued by or under the authority of the United States; or

**(ii)** a birth certificate, or a driver's license or personal identification card;

**(B)** the production or transfer of more than five identification documents, authentication features, or false identification documents;

**(C)** an offense under paragraph (5) of such subsection; or

**(D)** an offense under paragraph (7) of such subsection that involves the transfer, possession, or use of 1 or more means of identification if, as a result of the offense, any individual committing the offense obtains anything of value aggregating $1,000 or more during any 1-year period;

**(2)** except as provided in paragraphs (3) and (4), a fine under this title or imprisonment for not more than 5 years, or both, if the offense is—

**(A)** any other production, transfer, or use of a means of identification, an identification document,,[1] authentication feature, or a false identification document; or

**(B)** an offense under paragraph (3) or (7) of such subsection;

**(3)** a fine under this title or imprisonment for not more than 20 years, or both, if the offense is committed—

**(A)** to facilitate a drug trafficking crime (as defined in section 929(a)(2));

**(B)** in connection with a crime of violence (as defined in section 924(c)(3)); or

**(C)** after a prior conviction under this section becomes final;

**(4)** a fine under this title or imprisonment for not more than 30 years, or both, if the offense is committed to facilitate an act of domestic terrorism (as defined under section 2331(5) of this title) or an act of international terrorism (as defined in section 2331(1) of this title);

**(5)** in the case of any offense under subsection (a), forfeiture to the United States of any personal property used or intended to be used to commit the offense; and

**(6)** a fine under this title or imprisonment for not more than one year, or both, in any other case.

**(c)** The circumstance referred to in subsection (a) of this section is that—

**(1)** the identification document, authentication feature, or false identification document is or appears to be issued by or under the authority of the United States or a sponsoring entity of an event designated as a special event of national significance or the document-making implement is designed or suited for making such an identification document, authentication feature, or false identification document;

**(2)** the offense is an offense under subsection (a)(4) of this section; or

**(3)** either—

**(A)** the production, transfer, possession, or use prohibited by this section is in or affects interstate or foreign commerce, including the transfer of a document by electronic means; or

**(B)** the means of identification, identification document, false identification document, or document-making implement is transported in the mail in the course of the production, transfer, possession, or use prohibited by this section.

**(d)** In this section and section 1028A—

**(1)** the term "authentication feature" means any hologram, watermark, certification, symbol, code, image, sequence of numbers or letters, or other feature that either individually or in combination with another feature is used by the issuing authority on an identification document, document-making implement, or means of identification to determine if the document is counterfeit, altered, or otherwise falsified;

**(2)** the term "document-making implement" means any implement, impression, template, computer file, computer disc, electronic device, or computer hardware or software, that is specifically configured or primarily used for making an identification document, a false identification document, or another document-making implement;

**(3)** the term "identification document" means a document made or issued by or under the authority of the United States Government, a State, political subdivision of a State, a sponsoring entity of an event designated as a special event of national significance, a foreign government, political subdivision of a foreign government, an international governmental or an international quasi-governmental organization which, when completed with information concerning a particular individual, is of a type intended or commonly accepted for the purpose of identification of individuals;

**(4)** the term "false identification document" means a document of a type intended or commonly accepted for the purposes of identification of individuals that—

**(A)** is not issued by or under the authority of a governmental entity or was issued under the authority of a governmental entity but was subsequently altered for purposes of deceit; and

**(B)** appears to be issued by or under the authority of the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international governmental or quasi-governmental organization;

**(5)** the term "false authentication feature" means an authentication feature that—

> **(A)** is genuine in origin, but, without the authorization of the issuing authority, has been tampered with or altered for purposes of deceit;

> **(B)** is genuine, but has been distributed, or is intended for distribution, without the authorization of the issuing authority and not in connection with a lawfully made identification document, document-making implement, or means of identification to which such authentication feature is intended to be affixed or embedded by the respective issuing authority; or

> **(C)** appears to be genuine, but is not;

**(6)** the term "issuing authority"—

> **(A)** means any governmental entity or agency that is authorized to issue identification documents, means of identification, or authentication features; and

> **(B)** includes the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international government or quasi-governmental organization;

**(7)** the term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any—

> **(A)** name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number;

employer or taxpayer identification number;

**(B)** unique biometric data, such as fingerprint, voice print, retina or iris image, or other unique physical representation;

**(C)** unique electronic identification number, address, or routing code; or

**(D)** telecommunication identifying information or access device (as defined in section 1029(e));

**(8)** the term "personal identification card" means an identification document issued by a State or local government solely for the purpose of identification;

**(9)** the term "produce" includes alter, authenticate, or assemble;

**(10)** the term "transfer" includes selecting an identification document, false identification document, or document-making implement and placing or directing the placement of such identification document, false identification document, or document-making implement on an online location where it is available to others;

**(11)** the term "State" includes any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any other commonwealth, possession, or territory of the United States; and

**(12)** the term "traffic" means—

**(A)** to transport, transfer, or otherwise dispose of, to another, as consideration for anything of value; or

**(B)** to make or obtain control of with intent to so transport, transfer, or otherwise dispose of.

**(e)** This section does not prohibit any lawfully authorized investigative, protective, or intelligence activity of a law enforcement agency of the United States, a State, or a political subdivision of a State, or of an intelligence agency of the United States, or any activity authorized under chapter 224 of this title.

**(f)** ATTEMPT AND CONSPIRACY.—

Any person who attempts or conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

**(g)** FORFEITURE PROCEDURES.—

The forfeiture of property under this section, including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by the provisions of section 413 (other than subsection (d) of that section) of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 853).

**(h)** FORFEITURE; DISPOSITION.—

In the circumstance in which any person is convicted of a violation of subsection (a), the court shall order, in addition to the penalty prescribed, the forfeiture and destruction or other disposition of all illicit authentication features, identification documents, document-making implements, or means of identification.

**(i)** RULE OF CONSTRUCTION.—

For purpose of subsection (a)(7), a single identification document or false identification document that contains 1 or more means of identification shall be construed to be 1 means of identification.

(Added Pub. L. 97–398, § 2, Dec. 31, 1982, 96 Stat. 2009; amended Pub. L. 99–646, § 44(a), Nov. 10, 1986, 100 Stat. 3601; Pub. L. 100–690, title VII, § 7023, Nov. 18, 1988, 102 Stat. 4397; Pub. L. 101–647, title XII, § 1205(e), Nov. 29, 1990, 104 Stat. 4831; Pub. L. 103–322, title XXXIII, § 330016(1)(K), (M), (O), Sept. 13,

EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-01331-VMC

AIN JEEM, INC.,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

     Defendants.

_____/

**DECLARATION OF RALPH SCHOENFELDER IN
SUPPORT OF PLAINTIFF'S RESPONSE TO HALL OF FAME SPORTS
MEMORABILIA INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT**

I, Ralph Schoenfelder, declare and state as follows:

1.    I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Response to Hall of Fame Sports Memorabilia, Inc.'s Cross-Motion for Summary Judgment. If called upon to do so, I could and would competently testify to the following facts set forth below.

2.    I am CEO, at Axencis Inc ("Axencis").

3.    Axencis was retained by Plaintiff Ain Jeem, Inc. ("Ain Jeem") to investigate various online storefronts selling and offering for sale products bearing the KAREEM ABDUL-JABAAR trademarks without authorization.

11

4.    In connection with this investigation, Axencis discovered that a seller identified as "phanaticsports' booth" on the Bonanza platform was offering for sale a yellow L.A. Laker jersey bearing the KAREEM ABDUL-JABAAR trademark.

5.    Ain Jeem confirmed that the jersey offered for sale by phanaticsports' booth was unauthorized.

6.    Axencis initiated an order through Bonanza for this particular product for delivery at an address in Florida.

7.    After the order was initiated, Axencis generated an Evidence Collection Report for this particular seller and product.   A true and correct copy of the Evidence Collection Report for the item being offered for sale at https://www.bonanza.com/listings/920040709 is attached hereto as **Exhibit 1**.

8.    The item identified in paragraph number 7 above is associated with Bonanza seller phanaticsports' booth, Store URL: https://www.bonanza.com/booths/ShopHOFSM.   Axencis generated a "Schedule A" and identified "phanaticsports' booth" and the foregoing Store URL on Schedule A as Defendant Number 3.

9.    The Schedule and listing identifying phanaticsports' booth and its corresponding Store URL were provided to Ain Jeem's litigation counsel for filing in connection with Case No. 8:21-cv-01082.

10.    In addition to the Bonanza listing identified herein, Axencis discovered that a seller identified as "Hall of Fame Sports Memorabilia" on the Amazon platform

2

was offering for sale a green Milwaukee Bucks jersey bearing the KAREEM ABDUL-JABAAR trademark.

11.     Ain Jeem confirmed that the jersey offered for sale by Hall of Fame Sports Memorabilia was unauthorized.

12.     Axencis initiated an order through Amazon for this particular product for delivery at an address in Florida.

13.     After the order wasinitiated, Axencis generated an Evidence Collection Report for this particular seller and product.  A true and correct copy of the Evidence Collection Report for the item being offered for sale at https://www.amazon.com/dp/B0851143LZ is attached hereto as **Exhibit 2**.

14.     The item identified in paragraph number 13 above is associated with Amazon seller Hall of Fame Sports Memorabilia, Store URL: https://www.amazon.com/sp?seller=A214O97OSDYD74.    Axencis generated a "Schedule A" and identified "Hall of Fame Sports Memorabilia" and the foregoing Store URL on Schedule A as Defendant Number 1.  At the time this Schedule A was generated, Axencis had no knowledge that the storefront "Hall of Fame Sports Memorabilia" was the d/b/a for Hall of Fame Sports Memorabilia, Inc.

15.     The Schedule and listing identifying Hall of Fame Sports Memorabilia and its corresponding Store URL were provided to Ain Jeem's litigation counsel for filing in connection with this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Executed the 15th day of September, 2021, at Kiti, Cyprus.

/s/ _____

EXHIBIT 3





# EXHIBIT 4



★ Remember this site    Embed dictionaries into your website    EN ▾

*Academic Dictionaries and Encyclopedias*

**ACADEMIC**
en-academic.com

| Enter text to search in dictionaries and encyclopedias | Search! |

Black's law dictionary    Interpretations

## Black's law dictionary

### retainer



retainer

The act of withholding what one has in one's own hands by virtue of some right. In the practice of law, when a client hires an attorney to represent him, the client is said to have retained the attorney. This act of employment is called the retainer. The retainer agreement between the client and attorney sets forth the nature of services to be performed, costs, expenses, and related matters. If the client employs the attorney for a specific case, that is called a special retainer. In contrast, if a client hires a lawyer for a specific length of time (e.g., a year) rather than for a specific project, that is called a general retainer. The lawyer, during the period of the general retainer, may not accept any conflicting employment

*Black's law dictionary. HENRY CAMPBELL BLACK, M. A.. 1990.*



# EXHIBIT 5

On 10/20/2023, I conducted unannounced "Stop & Knocks" at the residences of Richard Guerra, 6705 SW 90th Court, Miami, Florida, Javier Sobrado, 7790 SW 94th Street, Miami, Florida, and Rafael Perez-Pineiro, 10350 W Bay Harbor Drive, Bay Harbor Islands, Florida.

Upon arrival at those locations, I was unsuccessful in contacting anyone. I left my business card at each location.

While enroute back to Sarasota County, I received a telephone call from Guerra regarding the above.

After a short conversation, we agreed to speak on Monday, 10/23/2023, to set up an appointment to meet at their office, 1101 Brickell Avenue, Suite #800, Miami, Florida 33133.

On 10/23/2023, an email exchange between Guerra and myself, **(EXHIBIT #12)** stated:

"Mr. Henderson, It was a pleasure speaking with you last Friday.  Pursuant to our conversation, please advise which day this week would be most convenient to schedule an in person meeting at our office. Thank you,"

No problem. Please let me know which days next week are best for you.  Thanks.

On 11/01/2023, I met with Guerra at an alternate address, 8400 36th St, Doral, Florida.

During our meeting, Guerra stated, Axencis, Inc., is a company based out of Cyprus which represents certain clients to ensure any memorabilia related to their clients being sold over the internet are authorized sellers. Once they discover an unauthorized seller, they retain counsel in the U.S. to initiate litigation to get them to stop.

When I questioned Guerra about the shipping addresses, Guerra stated once an unauthorized seller is located, they need a U.S. address to ensure they can bring litigation in Florida.

Guerra further stated, once they confirm the transaction can be completed with the U.S. address, they fail to provide payment and the item is never sent.

Guerra concluded by stating, these websites can be accessed by anyone.

## Gay, Kevin

| | |
|---|---|
| **From:** | Henderson, Bob |
| **Sent:** | Monday, August 21, 2023 2:52 PM |
| **To:** | office@axencis.com |
| **Subject:** | Case #3302174 |

Sir / Ma'am,

I'm currently investigating Axencis, Inc., and several individuals for possible unlicensed activity in Florida.

I attempted to contact the agency at, 347.647.9002, for clarification, however, I was unsuccessful.

Please forward this email to the appropriate individual / section for a response.

I'm available Monday thru Friday, 8:00 AM to 5:00 PM.

If you have any question(s) please contact me at, 941.815.0092.

Sincerely,

Robert W. Henderson
Investigator, Regulatory Investigations
Office of Agricultural Law Enforcement
Florida Department of Agriculture and Consumer Services

(941) 815-0092
(850) 245-1320 fax
Robert.Henderson@FDACS.gov

4451 Aidan Lane, Suite #102
North Port, Florida 34287

www.FDACS.gov

Please note that Florida has a broad public record law (Chapter 119, Florida Statutes). Most witten communications to or from state employees are public records obtainable by the public upon request. Emails sent to me at this email address mat be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the state of Florida.

## Gay, Kevin

**From:** Henderson, Bob
**Sent:** Thursday, August 24, 2023 10:16 AM
**To:** rguerra@brickellip.com
**Subject:** Case #3302174

Sir,

I've been assigned to investigate an allegation of **"Misconduct-Performing Services Without Licensure"** regarding Axencis, Inc., and several others within the company.

I called the telephone number listed on the website, 347.647.9002, and the gentleman that answered provided me with your email address and advised I communicate thru you.

Contact me at, 941.815.0092, during normal business hours, 8:00 AM to 5:00 PM, Monday thru Friday so we can discuss the allegation.

Sincerely,

Robert W. Henderson
Investigator, Regulatory Investigations
Office of Agricultural Law Enforcement
Florida Department of Agriculture and Consumer Services

(941) 815-0092
(850) 245-1320 fax
Robert.Henderson@FDACS.gov

4451 Aidan Lane, Suite #102
North Port, Florida 34287

www.FDACS.gov

Please note that Florida has a broad public record law (Chapter 119, Florida Statutes). Most witten communications to or from state employees are public records obtainable by the public upon request. Emails sent to me at this email address mat be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the state of Florida.