## Grace Perkins

| | |
|---|---|
| **From:** | marcella anderson <xfilesxfilesfan@yahoo.com> |
| **Sent:** | Friday, January 5, 2024 6:30 PM |
| **To:** | IntakeTNWD |
| **Subject:** | 1:23cv001143 |
| **Attachments:** | opposition to brickell ip group pllc motion to strike and dismiss.pdf |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL:**

Hi Please file our opposition to defendant Brickell IP Group PLLC motion to strike/dismiss (EFC 106)

Thank You
Cordially,

The Pucketts

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1