UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

JACKSON  DIVISION

CASE NO.: 1:23-cv-001143

PUCKETT ET., AL.

PLAINTIFFS

V.

JABBAR ET., AL

DEFENDANTS

_____

**REQUEST FOR LEAVE TO REPLY TO DEFENDANTS (EFC 123,124, 130) OBJECTIONS TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE (EFC 120) PURSUANT 72.(g)(2)**

_____

Plaintiffs Carl Puckett and Marcella Puckett " Pro-Se" respectfully request the court for leave to reply to defendants (EFC 128,129, and 130) objections to the Plaintiff's objections to the magistrates Report and Recommendations (EFC 120) pursuant to 72.(g)(2). A reply is necessary to address the erroneous statements of the Defendants claimed as facts in this case in order for the Plaintiffs to receive a fair and impartial review of the validity of their pending complaint. Plaintiff's reply will not exceed 10 pages and will be submitted within 7 days of the order granting

Leave.

**WHEREFORE**, Plaintiffs respectfully requests the court grant their motion for leave to reply to the oppositions filed by the defendants in (EFC 128, 129, and 130).

### 7.2(1)(b) CERTIFICATION

The Plaintiffs reached out to the defendants to ascertain whether they would stipulate or oppose after consultation between the parties to the controversy, they are unable to reach an accord as to all issues while some defendants have simply not responded to the matter.

Respectfully Submitted,                                            February 20th, 2024

*Carl Puckett*

_____

Carl Puckett Plaintiff "Pro-Se"

*Marcella Puckett*

_____

Marcella Pucxkett Plaintiff "Pro-Se"

## PROOF OF SERVICE

  I Marcella Puckett, do hereby certify that on February 20th 2024 that the Foregoing REQUEST FOR LEAVE TO REPLY TO Defendants opposition (EFC 128,129,130) to Plaintiffs opposition to the magistrates report and recommendations, including this certificate of service was emailed to Defendants and their attorneys, hgwinn@grsm.com , amorgan@grsm.com ,mshute@grsm.com cwest@grsm.com pgonyer@grsm.com and to rguerra@brickellip.com., Etsy, Inc through their attorneys khansen@littler.com , pprather@littler.com kculpepper@culpepperip.com, audrey.calkins@usdoj.gov, coleywu@yahoo.com , rweaver@brickellip.com, bradley.henry@akerman.com benjamin.robinson@akerman.com mmulqueen@bakerdonelson.com anna.rasmussen@hklaw.com , gdubinsky@hsgllp.com mshute@grsm.com khansen@littler.com,kterrell@littler.com mphaneuf@littler.com charles.wachter@hklaw.com and a true and correct copy with prepaid postage attached thereto was then placed in the United States Mail in Martin Tennessee.

I declare under penalty of perjury that the foregoing is true and correct Executed

in Martin Tennessee on this 20th day of February 2024.

*[signature: Marcella Puckett]*

_____

Marcella Puckett