# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## NO. 24-5282

D.C. Docket No. 1:23-CV-001143

_____

**Puckett, et., al.**
**Plaintiffs-Appellants,**

v.

**Jabbar, et., al.**
**Defendants,-Appellees.**

_____

**On appeal from the United States District Court for the Western District of Tennessee Eastern Division**

_____

## AMENDED NOTICE OF APPEAL

_____

| | |
|---|---|
| Carl Puckett | Marcella Puckett |
| 2170 Old Gardner Road | 2170 Old Gardner Road |
| Martin Tn 38237 | Martin Tn 38237 |
| 731-281-4581 | 731-291-4591 |

Amended Notice of Appeal to a Court of Appeals From an appealable order of a District Court

United States District Court for the Western
District of Tennessee
Eastern Division
Docket Number 1:23-cv-001143

Puckett et., al.,
Plaintiff/Appellant

App NO 24-5282

V.                                                      **Amended Notice of Appeal**

Jabbar et., al.
Defendant/Appellee

---

Comes now Carl Puckett and Marcella Puckett "Pro-Pro-Se" and hereby

amend their appeal to the United States Court of Appeals for the Sixth Circuit

from the final the appealable order or denial of their motion for

reconsideration judgment entered on April 16th 2024 in the above entitled

action.

Carl Puckett Plaintiff/Appellant "Pro-Se"
2170 Old Garner Road Martin Tennessee 38237
(731)2814581

Marcella Puckett Plaintiff/Appellant "Pro-Se"
2170 Old Gardner Road
Martin Tennessee 38237 (731)281-4581

## CIVIL APPEAL STATEMENT OF PARTIES AND AMENDED ISSUES

Richard Guerra -Defendant

Arthur Robert Weaver- Defendant

Axencis- Defendant

Kareem Abdul Jabbar- Defendant

Ain Jeem Inc - Defendant

Iconomy - Defendant

Nicole Fundora- Defendant

Alejandro Fernandez/Akerman Law- Defendant

Etsy, Inc- Defendant

Stephen Milbrath- Defendant

Jessica Kramer- Defendant

Magistrate Anthony E Porcelli-

Defendant Judge Virginia Hernandez-Covington-

Defendant National Basketball Association-Defendant

Brickell IP Group PLLC- Defendant

**2. Amended 2. Issues on appeal**

1) The court abused its discretion in clear error acting with prejudice and bias by adopting erroneous facts and statements from from defendant Etsy Cousel's opposition pleading to their motion for reconsideration (EFC 142 at 4 footnote 1) where the court specifically erroneously repeated in its decision of denial Plaintiffs have raised for the first time claims about vetting their RICO case with the U.S. Attorney's Office, Because Plaintiffs raise these arguments for the first time in a Motion for Reconsideration, the Court holds that it is not a proper basis for altering or amending the judgment," (EFC 154 at 4 courts order) where an independent review of the record clearly shows the PLaintiffs had raised these arguments as early as 12/23 in (EFC 87 at 2) as well as other pleading documents.

2) The court abused its discretion in clear error in failing to conduct an independent review of the record de novo or otherwise despite its claims in doing so and instead prejudicially adopted language and erroneous facts in clear error and contrary to law from the defendants pleadings in this case in clear bias and prejudice against the plaintiffs.

3) The court abused it discretion in referring to "Pro-Se" Plaintiff's as vexatious litigants and threatening restrictions on their access and filing within the court system at the request of defendant's counsel after improper inducement and wrongful denial of leave to amend

4) **The Court abused its discretion in referring to Plaintiff's meeting the pre-filing requirement of obtaining permission from the U.S. Attorney's office and being granted permission where plaintiffs could not have filed their complaint without it and which would result in an improper inducement defense and entitle Plaintiffs to a recovery of their costs IF the court's finding of frivolous is upheld**

5) The plaintiff's prior unrelated case was voluntarily withdrawn and dismissed without prejudice prior to any service of summons where the R&R was NOT adopted by the court prior to dismissal, but the court is abusing its discretion

in treating the case as having been dismissed with prejudice against the plaintiffs in this case.

6) The court abused its discretion in determining that the Plaintiffs citing of their pre filing Rule 11 investigations and legal requirements to obtain authorization permission from the U.S. attorney prior to filing as a newly introduced "legal theory" that could not be introduced for the first time in a motion for reconsideration, when the plaintiffs had included this information repeatedly throughout the course of multiple pleadings during the pendency of the case , including their renewed motion for appointment of counsel due to conflict in a complex civil litigation (EFC 87 ), and were entitled to reiterate the facts in their defense of improper inducement against frivolous and vexatious litigant claims the court abused its discretion in permitting defendants to assert against the plaintiffs without permitting such defense The court stated "Plaintiffs have raised for the first time claims about vetting their RICO case with the U.S. Attorney's Office, Because Plaintiffs raise these arguments for the first time in a Motion for Reconsideration, the Court holds that it is not a proper basis for altering or amending the judgment," which is a clear error as Plaintiffs squarely raised the issue on 12/18/23/ in (EFC 87) to which the court failed to respond.

7) Plaintiffs carried their burden to show in the motion for reconsideration the decision was manifestly unjust and a clear error of law

8) The court abused its discretion in failing to address the conflict between the magistrates 8/23 R&R (EFC 9) which was required to examine the complaint to determine if it was frivolous and instead determined it was well researched and supported by extensive exhibits from the R&R (EFC 120) issued after the Plaintiffs filed a motion due to conflict of interest now stating their complaint was frivolous the court abused its discretion in adopting, which is the subject of their appeal

9) Plaintiffs properly requested leave to amend their complaint within 21 days of the first defendants filing of a motion to dismiss which the court failed to grant and should freely have granted.

10) If plaintiffs are not entitled to amend their complaint the plaintiffs should be entitled to costs and to submit their corrected costs to include the amounts expended for the pacer account and other expenses inadvertently left out in their initial submission, for improper inducement and cannot be threatened with an unwarranted and unconstitutional restriction on their rights to judicial access or labeled vexatious litigants by the court in this action at the request of the defendant representative contributing to the improper inducement

I certify that this Amended Notice of appeal and amended civil appellate statement was served on opposing counsel of record this 17th day April, 2024.

_____  
Marcella Puckett  
2170 Old Gardner Road  
Martin Tennessee 38237

_____  
Carl Puckett  
2170 Old Gardner Road  
Martin Tennesssee 38237

## SERVICE BY MAIL AS FOLLOWS

Atty Richard Guerra and Weaver   for   def          Iconomy
1101 Brickell Ave, Ste 800                          Ain Jeem
Miami, Fl. 33131                                    Kareem ABdul Jabbar
                                                    Deborah Morales
                                                    Richard Guerra
                                                    Robert Weaver
                                                    Brickell IP Group PLLC


Attorney Nicole Fondura          for Def           Nicole Fondura
1449 Oakwood Drive
Miami Springs, Fl. 33166


Akerman Law                      for Def.          Alejandro Fernandez
401 E. Jackson st. ste. 1700                        Akerman Law
Tampa, FL. 33602


Attorney H. Gwinn                for Def           Stephen D Milbrath
GRSM
4031 Aspen Grove Drive, Ste 290
Franklin, Tn. 37067


Atty Kerry Culpepper             for Def           Axencis. Inc
75-170 Hualalai Rd Ste. B204
Kailua-Kona, Hawaii 96740


Atty Greg Dubinsky               for Def            NBA properties
HSGLLP
425 Lexington Ave
New York, N.Y. 10017


Atty Wachter                     for Def           Jessica Kramer
HKLAW

511 UNion Street, Ste. 2700
Nashville Tn. 37219

Atty P. Prather			for Def.			Etsy, Inc.
Littler Mendelson, P.C.
One Commerce Square
40 South Main Street, Ste. 2500
Memphis, Tn 38103

Atty M. Maulqueen		for Def			NBA Properties
Baker Donelson
First Tennessee Building
165 Madison Ave, Ste. 2000
Memphis, Tn 38103

U.S. Attorney A. Calkins	for Def			Magistrate Anthony Porcelli
U.S.D.O.J.					Judge Virginia Hernandez-Covington
167 N. Main Street, Ste 800
Memphis, Tn 38103


Defendants were served by mailed to the following mailing addresses on file with the court.