**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 06, 2024

Mr. Kerry Steven Culpepper
Culpepper
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740

      Re: Case No. 24-5537, *Carl Puckett, Jr., et al v. Ain Jeem, Inc., et al*
         Originating Case No. 1:23-cv-01143

Dear Counsel,

 This appeal has been docketed as case number **24-5537** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **June 20, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

      Appellant: Appearance of Counsel
            Civil Appeal Statement of Parties & Issues
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                             Sincerely yours,

                                             s/Virginia Lee Padgett
                                           Case Manager
                                           Direct Dial No. 513-564-7032

cc:   Nicole Fondura
     Mr. Richard Guerra
     Mr. Carl Ellen Puckett Jr.
     Ms. Marcella Puckett
     Mr. Arthur Robert Weaver

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5537

CARL ELLEN PUCKETT, JR.; MARCELLA PUCKETT

    Plaintiffs - Appellants Cross-Appellees

v.

AIN JEEM, INC.; CHRIS STAVRO; DEBORAH MORALES; ICONOMY, LLC; VIRGINIA M. HERNANDEZ COVINGTON, Judge; ANTHONY E. PORCELLI, Magistrate; RICHARD GUERRA, Attorney; RAFAEL PEREZ-PINEIRO, Attorney; ALEJANDRO FERNANDEZ, Attorney; NICOLE FONDURA, Attorney; KAREEM ABDUL JABBAR; NATIONAL BASKETBALL ASSOCIATION; GREGORY LOTTENBERG, Attorney; JOYCELYN BROWN, Attorney; JESSICA SARAH KRAMER, Attorney; STEPHEN D. MILBRATH, Attorney; ANDREW DAVID LOCKTON, Attorney; ETSY, INC.; ARTHUR ROBERT WEAVER, Attorney; THE BRICKELL IP GROUP, PLLC

    Defendants

 and

AXENICS, INC.

    Defendant - Appellee Cross-Appellant

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 07, 2024

## AMENDED CASE OPENING LETTER

Mr. Kerry Steven Culpepper
Culpepper
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740

Mr. Carl Ellen Puckett Jr.
2170 Old Gardner Road
Martin, TN 38237

Ms. Marcella Puckett
2170 Old Gardner Road
Martin, TN 38237

Re:  Case No. 24-5537, *Carl Puckett, Jr., et al v. Ain Jeem, Inc., et al*
Originating Case No. 1:23-cv-01143

Dear Mr. & Ms. Puckett and Counsel,

This appeal has been docketed as case number **24-5537**, which is a cross-appeal to pending appeal **24-5282**.

The following case opening items should be docketed with the Clerk's office by **June 20, 2024**. The Civil Appeal Statement is now an automated entry. Filers may still use the form 6CA-53 located on the Court's website if the automated entry does not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Cross-Appellant:   Appearance of Counsel
Civil Appeal Statement of Parties & Issues

    If appellant's case opening items are not timely filed or necessary fees paid, the cross-appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                              Sincerely yours,

                                              s/Virginia Lee Padgett
                                              Case Manager
                                              Direct Dial No. 513-564-7032

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5537

CARL ELLEN PUCKETT, JR.; MARCELLA PUCKETT

    Plaintiffs - Appellants Cross-Appellees

v.

AIN JEEM, INC.; CHRIS STAVRO; DEBORAH MORALES; ICONOMY, LLC; VIRGINIA M. HERNANDEZ COVINGTON, Judge; ANTHONY E. PORCELLI, Magistrate; RICHARD GUERRA, Attorney; RAFAEL PEREZ-PINEIRO, Attorney; ALEJANDRO FERNANDEZ, Attorney; NICOLE FONDURA, Attorney; KAREEM ABDUL JABBAR; NATIONAL BASKETBALL ASSOCIATION; GREGORY LOTTENBERG, Attorney; JOYCELYN BROWN, Attorney; JESSICA SARAH KRAMER, Attorney; STEPHEN D. MILBRATH, Attorney; ANDREW DAVID LOCKTON, Attorney; ETSY, INC.; ARTHUR ROBERT WEAVER, Attorney; THE BRICKELL IP GROUP, PLLC

    Defendants

and

AXENICS, INC.

    Defendant - Appellee Cross-Appellant